UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANGHUEI LIANG, et al., | No. 2:21-cv-00661-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| STOCKTON POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiffs Kuanghuei Liang, Lijun Zhang, and Wen Sun (collectively, "Plaintiffs"), individuals proceeding *pro se*, have filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2021, the magistrate judge filed findings and recommendations, which were served on Plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 5.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 5), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice and without leave to amend, as duplicative of Plaintiffs' earlier-filed action in No. 2:20-cv-02520-TLN-DB; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: July 1, 2021

_____
Troy L. Nunley
United States District Judge